1  MURLENE J. RANDLE, State Bar #98124
   **LAW OFFICES OF MURLENE J. RANDLE**
2  235 Montgomery Street, Suite 716
   San Francisco, CA 94104
3  Telephone:   (415) 352-0189
   Facsimile:   (415) 352-0187
4  E-Mail:      murlene@randlelawoffices.com

5  Attorney for Plaintiff
6  Jacqueline Anderson

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JACQUELINE ANDERSON,           )   Case No. 3:12-cv-01682-MMC
                                   )
12         Plaintiff,              )
                                   )   **MOTION FOR ADMINISTRATIVE RELIEF**
13     v.                          )   **TO FILE THIRD AMENDED COMPLAINT;**
                                   )   **STIPULATION OF THE ATTORNEYS FOR**
14  CHARLES SCHWAB AND CO., INC.,  )   **THE PLAINTIFF AND THE DEFENDANT; and**
           Defendant.              )   [PROPOSED] **ORDER**
15                                 )
                                   )
16                                 )

17  TO THE CLERK OF THE COURT AND COUNSEL FOR THE DEFENDANT

18         Pursuant to Civil Local Rule 7-11, the above captioned Plaintiff moves to file a Third

19  Amended Complaint in this matter. This motion is based on the stipulation between the attorneys for

20  the Plaintiff, Murlene J. Randle, and the Defense, Deborah Broyles.

21

22  Dated: January 11, 2013          Law Offices of Murlene J. Randle

23

24                                   /s/ Murlene J. Randle

25                                   Murlene J. Randle
                                     Attorney for Plaintiff
26

27

28
                                           1

## STIPULATION

1. On or about September 12, 2012, Plaintiff's Attorney, Murlene J. Randle, provided Defendant's Attorney, Deborah J. Broyles, with a copy of Plaintiff's proposed Third Amended Complaint, with a request that Ms. Broyles review the proposed complaint for the purpose of stipulating to the filing of said complaint.

2. On November 8, 2012, Ms. Broyles agreed to stipulate to the filing of said complaint.

3. Accordingly, all parties stipulate to filing a Third Amended Complaint in this matter.

4. Accordingly, the Parties respectfully request that the court grant the Proposed Order to file the Third Amended Complaint.

Dated: January 11, 2013   LAW OFFICES OF MURLENE J. RANDLE

By: _____
Murlene J. Randle, Attorney for the Plaintiff

Dated: January 2, 2013   REED SMITH LLP

By: _____
Deborah Broyles
Attorneys for the Defendant

## ORDER

GOOD CAUSE HAVING BEEN FOUND the Court hereby grants Plaintiff's Motion for Administrative Relief to File a Third Amended Complaint. Plaintiff shall file the proposed Third Amended Complaint no later than January 22, 2013.

IT IS SO ORDERED.

Dated: January 15, 2013



The Honorable Maxine Chesney
United States District Judge

- 2 -

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF