MURLENE J. RANDLE, State Bar #98124
**LAW OFFICES OF MURLENE J. RANDLE**
235 Montgomery Street, Suite 716
San Francisco, CA 94104
Telephone: (415) 352-0189
Facsimile: (415) 352-0187
E-Mail: murlene@randlelawoffices.com

Attorney for Plaintiff
Jacqueline Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB AND CO., INC.,<br>Defendant. | Case No.  3:12-cv-01682-MMC<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO FILE THIRD AMENDED COMPLAINT; STIPULATION OF THE ATTORNEYS FOR THE PLAINTIFF AND THE DEFENDANT; and [PROPOSED] ORDER** |

TO THE CLERK OF THE COURT AND COUNSEL FOR THE DEFENDANT

Pursuant to Civil Local Rule 7-11, the above captioned Plaintiff moves to file a Third Amended Complaint in this matter. This motion is based on the stipulation between the attorneys for the Plaintiff, Murlene J. Randle, and the Defense, Deborah Broyles.

Dated: January 11, 2013         Law Offices of Murlene J. Randle

*/s/ Murlene J. Randle*
Murlene J. Randle
Attorney for Plaintiff

1

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 3:12-cv-01682-MMC

## STIPULATION

1. On or about September 12, 2012, Plaintiff's Attorney, Murlene J. Randle, provided Defendant's Attorney, Deborah J. Broyles, with a copy of Plaintiff's proposed Third Amended Complaint, with a request that Ms. Broyles review the proposed complaint for the purpose of stipulating to the filing of said complaint.

2. On November 8, 2012, Ms. Broyles agreed to stipulate to the filing of said complaint.

3. Accordingly, all parties stipulate to filing a Third Amended Complaint in this matter.

4. Accordingly, the Parties respectfully request that the court grant the Proposed Order to file the Third Amended Complaint.

Dated: January 11, 2013                    LAW OFFICES OF MURLENE J. RANDLE

                                           By: _____
                                           Murlene J. Randle, Attorney for the Plaintiff

Dated: January 2, 2013                     REED SMITH LLP

                                           By: _____
                                           Deborah Broyles
                                           Attorneys for the Defendant

## ORDER

GOOD CAUSE HAVING BEEN FOUND the Court hereby grants Plaintiff's Motion for Administrative Relief to File a Third Amended Complaint. Plaintiff shall file the proposed Third Amended Complaint no later than January 22, 2013.

IT IS SO ORDERED.

Dated: January 15, 2013



The Honorable Maxine Chesney
United States District Judge

2

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF