Deborah J. Broyles (SBN 167681)
Email: dbroyles@reedsmith.com
Tiffany Renee Thomas (SBN 239085)
Email: tthomas@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
Charles Schwab & Co., Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES SCHWAB AND COMPANY, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | No.: 3:12-cv-01682-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT CHARLES SCHWAB & CO., INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>*Hon. Maxine M. Chesney* |

1    Plaintiff Jacqueline Anderson ("Plaintiff") and Defendant Charles Schwab & Co., Inc.
2 ("Defendant"), by and through their undersigned counsel of record, hereby stipulate as follows:
3    WHEREAS, on January 11, 2013, the parties filed a Stipulation and [Proposed] Order
4 seeking leave for Plaintiff's filing of a Third Amended Complaint [Doc 19];
5    WHEREAS, on January 15, 2013, this Court granted Plaintiff leave to file a Third Amended
6 Complaint [Doc. 20];
7    WHEREAS, on January 17, 2013, Plaintiff filed a Third Amended Complaint [Doc. 21];
8    WHEREAS, the Third Amended Complaint contains 270 separate and distinct paragraphs;
9    WHEREAS, Defendant intends to file an answer to the Third Amended Complaint;
10    WHEREAS, Defendant will be unable to complete its Answer within the time frame
11 provided by the Federal Rules of Civil Procedure;
12    WHEREAS, an extension of time will not affect the case management schedule for this
13 action; and
14    WHEREAS, the instant Stipulation and [Proposed] Order constitutes the parties' first request
15 for a time modification in this action.

17    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and
18 Defendant that:
19    Pursuant to this stipulation, the parties agree to continue Defendant's deadline to file its
20 responsive pleading to the Third Amended Complaint from January 31, 2013 to March 1, 2013.

22    SO STIPULATED.

24 DATED: January 28, 2013        REED SMITH, LLP

26                    By:  /s/ Tiffany Renee Thomas
                         Deborah J. Broyles
27                       Tiffany Renee Thomas
                         Attorneys for Defendant Charles Schwab & Co., Inc.
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 1 -

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT
CHARLES SCHWAB & CO., INC.'S TIME TO RESPOND TO COMPLAINT**

DATED: January 28, 2013          Law Offices of Murlene J. Randle

                                 By:  /s/ *Murlene J. Randle*
                                      Murlene J. Randle
                                      Attorneys for Plaintiff Jacqueline Anderson

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT Defendant Charles Schwab & Co., Inc. must file a responsive pleading to Plaintiff Jacqueline Anderson's Third Amended Complaint no later than March 1, 2013.  Given the limited nature of the amendments, however, said extension shall not constitute good cause to amend the Pretrial Preparation Order in any manner.

IT IS SO ORDERED.

Dated: February 1, 2013

                                 _____
                                 The Honorable Maxine Chesney
                                 United States District Judge

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT CHARLES SCHWAB & CO., INC.'S TIME TO RESPOND TO COMPLAINT**