Deborah J. Broyles (SBN 167681)
Email: dbroyles@reedsmith.com
Tiffany Renee Thomas (SBN 239085)
Email: tthomas@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
Charles Schwab & Co., Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES SCHWAB AND COMPANY, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | No.: 3:12-cv-01682-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT CHARLES SCHWAB & CO., INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>*Hon. Maxine M. Chesney* |

Plaintiff Jacqueline Anderson ("Plaintiff") and Defendant Charles Schwab & Co., Inc. ("Defendant"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on January 11, 2013, the parties filed a Stipulation and [Proposed] Order seeking leave for Plaintiff's filing of a Third Amended Complaint [Doc 19];

WHEREAS, on January 15, 2013, this Court granted Plaintiff leave to file a Third Amended Complaint [Doc. 20];

WHEREAS, on January 17, 2013, Plaintiff filed a Third Amended Complaint [Doc. 21];

WHEREAS, the Third Amended Complaint contains 270 separate and distinct paragraphs;

WHEREAS, Defendant intends to file an answer to the Third Amended Complaint;

WHEREAS, Defendant will be unable to complete its Answer within the time frame provided by the Federal Rules of Civil Procedure;

WHEREAS, an extension of time will not affect the case management schedule for this action; and

WHEREAS, the instant Stipulation and [Proposed] Order constitutes the parties' first request for a time modification in this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant that:

Pursuant to this stipulation, the parties agree to continue Defendant's deadline to file its responsive pleading to the Third Amended Complaint from January 31, 2013 to March 1, 2013.

SO STIPULATED.

DATED: January 28, 2013            REED SMITH, LLP

By:  */s/ Tiffany Renee Thomas*
Deborah J. Broyles
Tiffany Renee Thomas
Attorneys for Defendant Charles Schwab & Co., Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 1 -

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT CHARLES SCHWAB & CO., INC.'S TIME TO RESPOND TO COMPLAINT**

DATED: January 28, 2013          Law Offices of Murlene J. Randle

By:  /s/ *Murlene J. Randle*
     Murlene J. Randle
     Attorneys for Plaintiff Jacqueline Anderson

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT Defendant Charles Schwab & Co., Inc. must file a responsive pleading to Plaintiff Jacqueline Anderson's Third Amended Complaint no later than March 1, 2013.  Given the limited nature of the amendments, however, said extension shall not constitute good cause to amend the Pretrial Preparation Order in any manner.

IT IS SO ORDERED.

Dated: February 1, 2013

_____
The Honorable Maxine Chesney
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 2 -
**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT CHARLES SCHWAB & CO., INC.'S TIME TO RESPOND TO COMPLAINT**