1  Deborah J. Broyles (SBN 167681)
   Email:  dbroyles@reedsmith.com
2  Tiffany Renee Thomas (SBN 239085)
   Email:  tthomas@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:    +1 415 543 8700
5  Facsimile:     +1 415 391 8269

6  Attorneys for Defendant
   Charles Schwab & Co., Inc.
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JACQUELINE ANDERSON,                    No.: 3:12-cv-01682-MMC

   Plaintiff,                              **STIPULATION AND [PROPOSED] ORDER
12                                         EXTENDING DEFENDANT CHARLES
   vs.                                     SCHWAB & CO., INC.'S TIME TO
13                                         RESPOND TO COMPLAINT**
   CHARLES SCHWAB AND COMPANY, INC.,
14 and DOES 1 through 100, inclusive,
                                           *Hon. Maxine M. Chesney*
15          Defendants.

16

*(REED SMITH LLP — A limited liability partnership formed in the State of Delaware)*

Plaintiff Jacqueline Anderson ("Plaintiff") and Defendant Charles Schwab & Co., Inc. ("Defendant"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on January 11, 2013, the parties filed a Stipulation and [Proposed] Order seeking leave for Plaintiff's filing of a Third Amended Complaint [Doc 19];

WHEREAS, on January 15, 2013, this Court granted Plaintiff leave to file a Third Amended Complaint [Doc. 20];

WHEREAS, on January 17, 2013, Plaintiff filed a Third Amended Complaint [Doc. 21];

WHEREAS, the Third Amended Complaint contains 270 separate and distinct paragraphs;

WHEREAS, Defendant intends to file an answer to the Third Amended Complaint;

WHEREAS, the parties stipulated to, and the court granted, an extension of Defendant's time to file its answer to March 1, 2013 [Docs. 22, 24]

WHEREAS, Defendant will be unable to complete its Answer by March 1, 2013;

WHEREAS, an extension of time will not affect the case management schedule for this action; and

WHEREAS, the instant Stipulation and [Proposed] Order constitutes the parties' second request for a time modification in this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant that:

Pursuant to this stipulation, the parties agree to continue Defendant's deadline to file its responsive pleading to the Third Amended Complaint from March 1, 2013 to March 15, 2013.

SO STIPULATED.

- 1 -
**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT CHARLES SCHWAB & CO., INC.'S TIME TO RESPOND TO COMPLAINT**

DATED: February 28, 2013          REED SMITH, LLP

By: /s/ *Tiffany Renee Thomas*
    Deborah J. Broyles
    Tiffany Renee Thomas
    Attorneys for Defendant Charles Schwab & Co., Inc.

DATED: February 28, 2013          Law Offices of Murlene J. Randle

By: /s/ *Murlene J. Randle*
    Murlene J. Randle
    Attorneys for Plaintiff Jacqueline Anderson

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT Defendant Charles Schwab & Co., Inc. must file a responsive pleading to Plaintiff Jacqueline Anderson's Third Amended Complaint no later than March 15, 2013. Given the limited nature of the amendments, however, said extension shall not constitute good cause to amend the Pretrial Preparation Order in any manner.

IT IS SO ORDERED.

Dated: February 28, 2013

_____
The Honorable Maxine Chesney
United States District Judge