| | |
|---|---|
| 1 | Deborah J. Broyles (SBN 167681) |
| | Email: dbroyles@reedsmith.com |
| 2 | Tiffany Renee Thomas (SBN 239085) |
| | Email: tthomas@reedsmith.com |
| 3 | REED SMITH LLP |
| | 101 Second Street, Suite 1800 |
| 4 | San Francisco, CA  94105-3659 |
| | Telephone:    +1 415 543 8700 |
| 5 | Facsimile:     +1 415 391 8269 |

Attorneys for Defendant
Charles Schwab & Co., Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ANDERSON, | No.: 3:12-cv-01682-MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT CHARLES SCHWAB & CO., INC.'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CHARLES SCHWAB AND COMPANY, INC., and DOES 1 through 100, inclusive, | |
| Defendants. | *Hon. Maxine M. Chesney* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Plaintiff Jacqueline Anderson ("Plaintiff") and Defendant Charles Schwab & Co., Inc.
2   ("Defendant"), by and through their undersigned counsel of record, hereby stipulate as follows:
3   WHEREAS, on January 11, 2013, the parties filed a Stipulation and [Proposed] Order
4   seeking leave for Plaintiff's filing of a Third Amended Complaint [Doc 19];
5   WHEREAS, on January 15, 2013, this Court granted Plaintiff leave to file a Third Amended
6   Complaint [Doc. 20];
7   WHEREAS, on January 17, 2013, Plaintiff filed a Third Amended Complaint [Doc. 21];
8   WHEREAS, the Third Amended Complaint contains 270 separate and distinct paragraphs;
9   WHEREAS, Defendant intends to file an answer to the Third Amended Complaint;
10  WHEREAS, the parties stipulated to, and the court granted, an extension of Defendant's time
11  to file its answer to March 1, 2013 [Docs. 22, 24]
12  WHEREAS, the parties stipulated to, and the court granted, an extension of Defendant's time
13  to file its answer to March 15, 2013 [Docs. 22, 24]
14  WHEREAS, Defendant will be unable to complete its Answer by March 15, 2013;
15  WHEREAS, an extension of time will not affect the case management schedule for this
16  action; and
17  WHEREAS, the instant Stipulation and [Proposed] Order constitutes the parties' third
18  request for a time modification in this action.
19
20  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and
21  Defendant that:
22  Pursuant to this stipulation, the parties agree to continue Defendant's deadline to file its
23  responsive pleading to the Third Amended Complaint from March 1, 2013 to March 22, 2013.
24
25  SO STIPULATED.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: March 13, 2013    REED SMITH, LLP

By: /s/ Tiffany Renee Thomas
Deborah J. Broyles
Tiffany Renee Thomas
Attorneys for Defendant Charles Schwab & Co., Inc.

DATED:  March 13, 2013    Law Offices of Murlene J. Randle

By: /s/ Murlene J. Randle
Murlene J. Randle
Attorneys for Plaintiff Jacqueline Anderson

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT Defendant Charles Schwab & Co., Inc. must file a responsive pleading to Plaintiff Jacqueline Anderson's Third Amended Complaint no later than March 22, 2013.  Given the limited nature of the amendments and defendant's having been aware of said amendments no later than January 17, 2013, however, such extension shall not constitute good cause to amend the Pretrial Preparation Order in any manner.

IT IS SO ORDERED.

Dated:  March 18, 2013

_____
The Honorable Maxine Chesney
United States District Judge