1   Deborah J. Broyles (SBN 167681)
    Email: dbroyles@reedsmith.com
2   Tiffany Renee Thomas (SBN 239085)
    Email: tthomas@reedsmith.com
3   REED SMITH LLP
    101 Second Street, Suite 1800
4   San Francisco, CA  94105-3659
    Telephone:     +1 415 543 8700
5   Facsimile:     +1 415 391 8269

6   Attorneys for Defendant
    Charles Schwab & Co., Inc.

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JACQUELINE ANDERSON,                    No.: 3:12-cv-01682-MMC

12  Plaintiff,                              STIPULATION AND [PROPOSED] ORDER
                                            EXTENDING DEFENDANT CHARLES
    vs.                                     SCHWAB & CO., INC.'S TIME TO
13                                          RESPOND TO COMPLAINT
    CHARLES SCHWAB AND COMPANY, INC.,
14  and DOES 1 through 100, inclusive,
                                            *Hon. Maxine M. Chesney*
15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Plaintiff  Jacqueline Anderson ("Plaintiff") and Defendant Charles Schwab & Co., Inc.

2  ("Defendant"), by and through their undersigned counsel of record, hereby stipulate as follows:

3    WHEREAS, on January 11, 2013, the parties filed a Stipulation and [Proposed] Order

4  seeking leave for Plaintiff's filing of a Third Amended Complaint [Doc 19];

5    WHEREAS, on January 15, 2013, this Court granted Plaintiff leave to file a Third Amended

6  Complaint [Doc. 20];

7    WHEREAS, on January 17, 2013, Plaintiff filed a Third Amended Complaint [Doc. 21];

8    WHEREAS, the Third Amended Complaint contains 270 separate and distinct paragraphs;

9    WHEREAS, Defendant intends to file an answer to the Third Amended Complaint;

10    WHEREAS, the parties stipulated to, and the court granted, an extension of Defendant's time

11  to file its answer to March 1, 2013 [Docs. 22, 24]

12    WHEREAS, the parties stipulated to, and the court granted, an extension of Defendant's time

13  to file its answer to March 15, 2013 [Docs. 22, 24]

14    WHEREAS, Defendant will be unable to complete its Answer by March 15, 2013;

15    WHEREAS, an extension of time will not affect the case management schedule for this

16  action; and

17    WHEREAS, the instant Stipulation and [Proposed] Order constitutes the parties' third

18  request for a time modification in this action.

19

20    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and

21  Defendant that:

22    Pursuant to this stipulation, the parties agree to continue Defendant's deadline to file its

23  responsive pleading to the Third Amended Complaint from March 1, 2013 to March 22, 2013.

24

25    SO STIPULATED.

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT
CHARLES SCHWAB & CO., INC.'S TIME TO RESPOND TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: March 13, 2013            REED SMITH, LLP


                                 By:   /s/ Tiffany Renee Thomas
                                       Deborah J. Broyles
                                       Tiffany Renee Thomas
                                       Attorneys for Defendant Charles Schwab & Co., Inc.

DATED:  March 13, 2013           Law Offices of Murlene J. Randle


                                 By:   /s/ Murlene J. Randle
                                       Murlene J. Randle
                                       Attorneys for Plaintiff Jacqueline Anderson


ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY

ORDERED THAT Defendant Charles Schwab & Co., Inc. must file a responsive pleading to

Plaintiff Jacqueline Anderson's Third Amended Complaint no later than March 22, 2013.  Given the
limited nature of the amendments and defendant's having been aware of said amendments no later
than January 17, 2013, however, such extension shall not constitute good cause to amend the Pretrial
Preparation Order in any manner.

IT IS SO ORDERED.

Dated:   March 18, 2013


The Honorable Maxine Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT
CHARLES SCHWAB & CO., INC.'S TIME TO RESPOND TO COMPLAINT