**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ANDERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>CHARLES SCHWAB AND COMPANY, INC.,<br><br>   Defendant.<br>_____/ | No. C-12-1682 MMC<br><br>**ORDER VACATING REMAINING DEADLINES AND COURT DATES; DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

   Before the Court is plaintiff's "Notice of Settlement of Entire Case," filed June 19, 2013, in which plaintiff states the above-titled action has been settled, requests that all pending deadlines and dates be vacated, and anticipates filing a notice of dismissal no later than two weeks after July 19, 2013.

   In light of the settlement, and good cause appearing, all remaining deadlines and court dates, including the October 7, 2013 trial date, are hereby VACATED.

   Further, if a notice of dismissal has not been filed on or before August 2, 2013, the parties are hereby DIRECTED to file, no later August 2, 2013, a Joint Status Report to apprise the Court as to the status of the settlement.

   **IT IS SO ORDERED.**

Dated: June 20, 2013

_____
MAXINE M. CHESNEY
United States District Judge