| | |
|---|---|
| 1 | MURLENE J. RANDLE, **State Bar #98124**<br>**LAW OFFICES OF MURLENE J. RANDLE** |
| 2 | 235 Montgomery Street, Suite 716<br>San Francisco, CA 94104 |
| 3 | Telephone:    (415) 352-0189<br>Facsimile:    (415) 352-0187 |
| 4 | E-Mail: murlene@randlelawoffices.com |
| 5 | Attorney for the Plaintiff<br>Jacqueline Anderson |
| 6 | |
| 7 | Deborah J. Broyles (SBN 167681)<br>Email:  dbroyles@reedsmith.com |
| 8 | Tiffany Renee Thomas (SBN 239085)<br>Email:  tthomas@reedsmith.com |
| 9 | REED SMITH LLP<br>101 Second Street, Suite 1800 |
| 10 | San Francisco, CA  94105-3659<br>Telephone:    +1 415 543 8700 |
| 11 | Facsimile:    +1 415 391 8269 |
| 12 | Attorneys for Defendant<br>Charles Schwab & Co., Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ANDERSON<br><br>     Plaintiff,<br><br>     vs.<br><br>CHARLES SCHWAB AND CO., INC., and DOES 1through 100, inclusive<br><br>     Defendants. | Case No. C- 12-1682 MMC<br><br>**JOINT STATUST REPORT REGARDING STATUS OF SETTLEMENT AND** ~~PROPOSED~~ **ORDER** |

Notice is hereby given that all parties have agreed to the terms of the proposed settlement agreement.  We are in the process of securing the required signatures and fulfilling the remaining terms of said agreement.

ANDERSON v. SCHWAB                                             1
Case No. C- 12-1682 MMC

1 | Accordingly, the parties request a new deadline of September 2, 2013, for the Plaintiff to file a
2 | Notice of Dismissal in this matter.

4 | Date:  August 2, 2013                                        Respectfully Submitted,

5 |                                                                                  LAW OFFICES OF MURLENE J. RANDLE

7 |                                                                                  ___/s/_____
                                                                                 Murlene J. Randle, Attorney for Plaintiff

9 | Dated:  August 2, 2013                                       REED SMITH LLP

11 |                                                                                 ___/s/_____
                                                                                Deborah J. Broyles
                                                                                Tiffany Renee Thomas
                                                                                Attorney for Defendant
                                                                                Charles Schwab & Co., Inc.

15 | I, Murlene J. Randle, attest that concurrence in the filing of this document has been obtained
16 | from Deborah J. Broyles, Attorney for the Defendant.

ANDERSON v. SCHWAB                                 2
Case No. C- 12-1682 MMC

**~~PROPOSED~~ ORDER**

Before the Court is the parties' "Joint Status Report Regarding Status of Settlement," filed August 2, 2013, in which the parties have stated that they have finalized the terms of the settlement and are awaiting the completion of its terms prior to the plaintiff's filing a notice of dismissal, which they anticipate filing within 30 days after August 2, 2013.

Pursuant to the foregoing Joint Status Report, good cause appearing, the parties are granted a 30-day extension for further time to fulfill the terms of the settlement agreement. If a notice of dismissal is not filed on or before ~~September 2~~ September 3, 2013, the parties are hereby DIRECTED to file, no later than ~~September 2~~ September 3, 2013, a Joint Status Report to apprise the Court as to the status of the settlement.

**IT IS SO ORDERED.**

Dated: August 6, 2013

_____
The Honorable Maxine M. Chesney
United States District Judge

ANDERSON v. SCHWAB
Case No. C- 12-1682 MMC

3