1  MURLENE J. RANDLE, State Bar #98124
   **LAW OFFICES OF MURLENE J. RANDLE**
2  235 Montgomery Street, Suite 716
   San Francisco, CA 94104
3  Telephone:     (415) 352-0189
   Facsimile:     (415) 352-0187
4  E-Mail: murlene@randlelawoffices.com

5  Attorney for the Plaintiff
   Jacqueline Anderson
6
   Deborah J. Broyles (SBN 167681)
7  Email:  dbroyles@reedsmith.com
   Tiffany Renee Thomas (SBN 239085)
8  Email:  tthomas@reedsmith.com
   REED SMITH LLP
9  101 Second Street, Suite 1800
   San Francisco, CA  94105-3659
10 Telephone:     +1 415 543 8700
   Facsimile:     +1 415 391 8269
11
   Attorneys for Defendant
12 Charles Schwab & Co., Inc.

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ANDERSON | Case No. C- 12-1682 MMC |
| Plaintiff, | **JOINT STATUST REPORT REGARDING STATUS OF SETTLEMENT AND** ~~**PROPOSED**~~ **ORDER** |
| vs. | |
| CHARLES SCHWAB AND CO., INC., and DOES 1through 100, inclusive | |
| Defendants. | |

   Notice is hereby given that all parties have agreed to the terms of the proposed settlement agreement.  We are in the process of securing the required signatures and fulfilling the remaining terms of said agreement.

ANDERSON v. SCHWAB                                1
Case No. C- 12-1682 MMC

Accordingly, the parties request a new deadline of September 2, 2013, for the Plaintiff to file a Notice of Dismissal in this matter.

Date: August 2, 2013                              Respectfully Submitted,

                                                  LAW OFFICES OF MURLENE J. RANDLE


                                                  ___/s/_____
                                                  Murlene J. Randle, Attorney for Plaintiff


Dated: August 2, 2013                             REED SMITH LLP



                                                  ___/s/_____
                                                  Deborah J. Broyles
                                                  Tiffany Renee Thomas
                                                  Attorney for Defendant
                                                  Charles Schwab & Co., Inc.


I, Murlene J. Randle, attest that concurrence in the filing of this document has been obtained from Deborah J. Broyles, Attorney for the Defendant.

ANDERSON v. SCHWAB                                2
Case No. C- 12-1682 MMC

# ~~PROPOSED~~ ORDER

Before the Court is the parties' "Joint Status Report Regarding Status of Settlement," filed August 2, 2013, in which the parties have stated that they have finalized the terms of the settlement and are awaiting the completion of its terms prior to the plaintiff's filing a notice of dismissal, which they anticipate filing within 30 days after August 2, 2013.

Pursuant to the foregoing Joint Status Report, good cause appearing, the parties are granted a 30-day extension for further time to fulfill the terms of the settlement agreement. If a notice of dismissal is not filed on or before ~~September 2~~ September 3, 2013, the parties are hereby DIRECTED to file, no later than ~~September 2~~ September 3, 2013, a Joint Status Report to apprise the Court as to the status of the settlement.

**IT IS SO ORDERED.**

Dated:  August  6 , 2013

_____
The Honorable Maxine M. Chesney
United States District Judge

ANDERSON v. SCHWAB                                   3
Case No. C- 12-1682 MMC