Deborah J. Broyles (SBN 167681)
Email:  dbroyles@reedsmith.com
Tiffany Renee Thomas (SBN 239085)
Email:  tthomas@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendant
Charles Schwab & Co., Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES SCHWAB AND COMPANY, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | No.: 3:12-cv-01682-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL**<br><br>*Hon. Maxine M. Chesney* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The parties, through their respective undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that: (1) all claims for relief asserted against CHARLES SCHWAB & CO., INC. by JACQUELINE ANDERSON herein are dismissed with prejudice; and (2) all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

DATED: August 23, 2013          REED SMITH, LLP

                                By: /s/ Deborah J. Broyles
                                    Deborah J. Broyles
                                    Tiffany Renee Thomas
                                    Attorneys for Defendants
                                    Charles Schwab & Co., Inc.

DATED: August 23, 2013          LAW OFFICES OF MURLENE J. RANDLE

                                By: /s/ [signature]
                                    Murléne J. Randle
                                    Attorneys for Plaintiff Jacqueline Anderson

1  UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby
2  ORDERED, ADJUDGED and DECREED that: (1) all claims for relief asserted against CHARLES
3  SCHWAB & CO., INC. by JACQUELINE ANDERSON herein are dismissed with prejudice; and
4  (2) all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

   IT IS SO ORDERED.

   DATED: August 28, 2013

   By: _____
   Hon. Maxine M. Chesney
   Senior United States District Judge